1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

11  LJUBO KVESIC,                                )        Case No. CV 08-2045-SVW (JTL)
                                                 )
12                        Petitioner,            )        ORDER ADOPTING FINDINGS,
                                                 )        CONCLUSIONS, AND
13            v.                                 )        RECOMMENDATIONS OF UNITED
                                                 )        STATES MAGISTRATE JUDGE
14  BEN CURRY, Warden,                           )
                                                 )
15                        Respondent.            )
                                                 )
16  ─────────────────────────────────

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ

18  of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the

19  United States Magistrate Judge.  The Court concurs with and adopts the findings, conclusions

20  and recommendations of the Magistrate Judge.

21        IT IS ORDERED that judgment be entered denying the First Amended Petition for Writ

22  of Habeas Corpus and dismissing this action for lack of jurisdiction.

23

24

25  DATED:  February 5, 2009                      _____
                                                  STEPHEN V. WILSON
26                                                UNITED STATES DISTRICT JUDGE

27

28