# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LJUBO KVESIC,<br><br>    Petitioner,<br><br>    v.<br><br>BEN CURRY, Warden,<br><br>    Respondent. | Case No. CV 08-2045-SVW (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed for lack of jurisdiction.

DATED: February 5, 2009

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE